ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

vs.

LAVAN INSTALLATIONS, INC. and SHEILA K. LAVAN, individually,

Defendants.

Civil File No.: 01-1475 DSD/

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: September 17, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By ______________________
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

*ATTORNEYS FOR PLAINTIFFS*

FILED 9-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 9/23/02

The Honorable David S. Doty
Judge of District Court